UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-199-1F

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : ORDER TO UNSEAL ARREST WARRANT |
| | : |
| RONALD EARL MCCULLOUGH | : |

Upon motion of the United States of America, and for good cause shown, the arrest warrant for RONALD EARL MCCULLOUGH in the above captioned matter is hereby ORDERED to be unsealed by the Clerk of the United States District Court for the Eastern District of North Carolina.

This 20 day of April, 2016.

*James C. Fox*
THE HONORABLE JAMES C. FOX
Senior United States District Judge