UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:13-CR-199-1BO
Civil No. 5:18-CV-179-BO

Ronald Earl McCullough, )
)
          Petitioner, )
)
v. ) ORDER
)
United States of America, )
)
          Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _25_ day of April, 2018.

                                                      TERRENCE W. BOYLE
                                                      UNITED STATES DISTRICT JUDGE