IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-199-BO-1
No. 5:18-CV-179-BO

| | |
|---|---|
| RONALD EARL MCCULLOUGH, <br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | ORDER |

This cause comes before the Court on petitioner's motion to amend his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. [DE 287]. The law is well settled that leave to amend a pleading should be denied *only* when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile." *Edwards v. City of Goldsboro*, 178 F.3d 231, 242 (4th Cir. 1999) (emphasis in original, internal quotation marks and citation omitted).

For good cause shown, petitioner's motion to amend his Section 2255 motion is GRANTED. Respondent is directed to respond to petitioner's amended Section 2255 motion [DE 287] within thirty days.

SO ORDERED, this __1__ day of October, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE